```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 07971
   ERIC C TAYLOR
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2470

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 05/01/2007 and was confirmed 08/15/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   8.00%.

      The case was dismissed after confirmation 01/28/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
CAPITAL ONE FINANCE        SECURED VEHIC        .00           .00            .00
WILSHIRE CREDIT CORPORAT   CURRENT MORTG    36236.91          .00        36236.91
WILSHIRE CREDIT CORPORAT   MORTGAGE ARRE    14500.00          .00          290.05
ROBERT J ADAMS & ASSOC     PRIORITY        NOT FILED          .00            .00
QUEST DIAGNOSTICS          UNSECURED       NOT FILED          .00            .00
AMERICAN EXPRESS TRAVEL    UNSECURED         1091.97          .00            .00
AMERICAN EXPRESS TRAVEL    UNSECURED         4578.56          .00            .00
BARCLAYS BANK DELAWARE     UNSECURED       NOT FILED          .00            .00
BAXTER CREDIT UNION        NOTICE ONLY     NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED         7059.13          .00            .00
B-REAL LLC                 UNSECURED         5504.04          .00            .00
GEMB JCPENNY               UNSECURED       NOT FILED          .00            .00
GEMB SAMS                  UNSECURED       NOT FILED          .00            .00
PORTFOLIO RECOVERY         UNSECURED          189.29          .00            .00
ECMC                       UNSECURED         9950.29          .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED          .00            .00
ROGERS & HOLLAND           UNSECURED       NOT FILED          .00            .00
WASHINGTON MUTUAL          UNSECURED       NOT FILED          .00            .00
ROGERS ENTERPRISES         SECURED            533.49          .00          100.00
ER SOLUTIONS INC           UNSECURED         1133.03          .00            .00
BAXTER CREDIT UNION        UNSECURED         4971.40          .00            .00
ROUNDUP FUNDING LLC        UNSECURED          407.24          .00            .00
ROBERT J ADAMS & ASSOC     REIMBURSEMENT      306.33          .00          306.33
ROBERT J ADAMS & ASSOC     DEBTOR ATTY      3,500.00                         .00
TOM VAUGHN                 TRUSTEE                                       2,922.63
DEBTOR REFUND              REFUND                                            .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               39,855.92

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 07971 ERIC C TAYLOR
```

```
PRIORITY                                                         306.33
SECURED                                                       36,626.96
UNSECURED                                                           .00
ADMINISTRATIVE                                                      .00
TRUSTEE COMPENSATION                                           2,922.63
DEBTOR REFUND                                                       .00
                                     ---------------    ---------------
TOTALS                                     39,855.92          39,855.92
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                      /s/ Tom Vaughn
     Dated: 03/05/09                  _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```

                            PAGE   2
         CASE NO. 07 B 07971 ERIC C TAYLOR